## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| JOSHUA BROOKS ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | CASE NO. 4:22-CV-01023-JAR |
| v. ) | CASE NO. 4:24-CV-00097-MTS |
| SERTA SIMMONS BEDDING, LLC ) | |
| ) | |
| *Defendant*. ) | |

### DEFENDANT'S MOTION TO COMPEL DISCOVERY

COMES NOW, Defendant Serta Simmons Bedding, LLC ("SSB") and, pursuant to Local Rule 3.04 and Rule 37 of the Federal Rules of Civil Procedure, files this Motion to Compel Discovery ("Motion"). As set forth more fully in the accompanying Memorandum in Support of its Motion, Plaintiff Joshua Brooks has engaged in stonewalling; asserting unfounded, boilerplate objections; provided incomplete, evasive, or false answers or responses; and/or has failed to otherwise comply with his obligations under the Federal Rules of Civil Procedure with respect to his initial disclosures under Rule 26, SSB's First Interrogatories to Plaintiff, and SSB's First Request for Production of Documents to Plaintiff, notwithstanding SSB's good faith efforts to resolve discovery matters without this Court's action.

Therefore, SSB respectfully moves this Court for an Order (1) summarily overruling Plaintiff's objections that are not stated in detail, (2) compelling complete and accurate disclosures under Rule 26(a), (3) compelling complete and accurate responses to SSB's Interrogatories Nos. 7, 10, 12, 15, 16, and 17 and RFP Nos. 3, 9, 10, 15, 16, 28, 30, and 33-62 and (4) awarding SSB its reasonable expenses in making this Motion, including its attorneys' fees.

Respectfully submitted this 1st day of April, 2025.

**ELARBEE THOMPSON SAPP & WILSON LLP**

By:    /s/ *Timothy J. Holdsworth*
Timothy J. Holdsworth # 730986 GA
*Admitted Pro Hac Vice*
Shannon L. Smith # 487478 GA
*Admitted Pro Hac Vice*
800 International Tower
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 659-6700
(404) 222-9718
holdsworth@elarbeethompson.com
smith@elarbeethompson.com

**MCMAHON BERGER, P.C.**

/s/ *Kevin J. Lorenz*
Kevin J. Lorenz, #31707 MO
2730 North Ballas Rd., Suite 200
P.O. Box 31901
St. Louis, MO 63131-3039
(314) 567-7350
(314) 567-5968 (fax)
lorenz@mcmahonberger.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

      I certify that on April 1, 2025, a copy of the foregoing was filed and served via the Court's electronic filing system upon the following:

S. Cody Reinberg
HKM Employment Attorneys LLP
7382 Pershing Ave, Suite 1W
St. Louis, MO 63130
(314) 391-9558
creinberg@hkm.com

                                            /s/ *Timothy J. Holdsworth*